Dante Collier
15044 Strawberry LN
Adelanto CA 92301
760-221-8992

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

**DANTE COLLIER**
    Plaintiff,

v.

**SOLVERITY AKA DISCOVERY FINANCIAL SERVICES.,**
    Defendant.

) JURY TRIAL DEMANDED
)
)
)
) Case No.
) EDCV21-01260-JGB(SPx)
)
)
)
)

FEE PAID

1/5/21

---

### COMPLAINT AND DEMAND FOR JURY TRIAL

---

#### I. INTRODUCTION

1. This is an action for actual and statutory brought by Plaintiff Dante Collier an individual consumer, against Defendant, Solverity AKA Discovery Financial Services., ("Solverity") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

#### II. JURISDICTION AND VENUE

1

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in Los Angeles, Los Angeles County, California, and the conduct complained of occurred in Los Angeles, Los Angeles County, California.

### III. PARTIES

3. Plaintiff Dante Collier (hereinafter "Mr. Collier") is a natural person residing in Los Angeles, Los Angeles County, California. Mr. Collier is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant Solverity AKA Discovery Financial Services., is an Washington corporation with its principal place of business located at 9707 NE 54th St Suite A, Vancouver, WA 98662.

5. Defendant Solverity AKA Discovery Financial Services., is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's.

### IV. FACTS OF THE COMPLAINT

6. Defendant Solverity AKA Discovery Financial Services. (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

7. On or about May 19, 2021, Mr. Collier reviewed his credit report on "credit karma and Identity IQ."

8. On the report, the Mr. Collier observed a trade line from Debt Collector.

9. Debt Collector furnished a trade line of $664, allegedly owned to Les Schwab Warehouse Centers.

10. Also on May 19, 2021, Plaintiff made a dispute via telephone, however on July 25, 2021 Plaintiff re-checked his credit reports and Debt Collector has subsequent had communication with the consumer reporting agencies and has failed to communicate that the debt was disputed the Plaintiff disputed.

11. Debt Collector's publishing of such inaccurate and incomplete information has severely damaged the personal, FICO Scores and credit reputation of Mr. Collier and caused severe humiliation, and emotional distress and mental anguish.

## V. FIRST CLAIM FOR RELIEF
### (Defendant Solverity AKA Discovery Financial Services.,)
### 15 U.S.C. §1692e(8)

12. Mr. Collier re-alleges and reincorporates all previous paragraphs as if fully set out herein.

13. The Debt Collector violated the FDCPA.

14. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692e(8) of the FDCPA by failing to disclose to the consumer reporting agencies that alleged debt was in dispute by Mr. Collier.

3

15. As a result of the above violations of the FDCPA, the Defendants are liable to the Mr. Collier actual damages, statutory damages and cost.

### VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mr. Collier respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

_____
Dante Collier
15044 Strawberry Lane
Adelanto, CA 92301
760-221-8992
doncollier1@gmail.com